IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

(1) DAVID BOILES; (2) RONALD HART; )
(3) J. T. CULWELL, JR.; (4) JAMES BOSE; )
(5) DON BRENT JOHNSON; and (6) TYLER )
GENE JONES, individually and on behalf )
of all similarly situated Union Pacific )
Employees, Former Employees and Contractors, )
)
                Plaintiffs, )
)
v. ) Case No. CIV-06-759-HE
)
(1) UNION PACIFIC CORPORATION a/k/a )
UNION PACIFIC, )
)
                Defendant. )

## ORDER

The Court has before it Plaintiffs' Unopposed Application To File their Second Amended Class Action Complaint (Doc. No. 19). Upon review of the Application and for good cause shown, the Court finds Plaintiffs' Application should be and is granted. Plaintiffs shall file their Second Amended Class Action Complaint within five (5) days of the date of this Order.

IT IS SO ORDERED this 26TH day of October, 2006.

_____
JOE HEATON
United States District Judge

Dockets.Justia.com