IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID BOILES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-06-759-HE |
| ) | |
| UNION PACIFIC CORPORATION a/k/a ) | |
| UNION PACIFIC, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The Court has before it the Joint Motion to Transfer Venue (Doc. No. 24) filed by Plaintiffs and Defendant. Upon review of the motion, and for good cause shown, the Court finds the relief requested therein should be GRANTED. Accordingly, the Clerk is directed to transfer this case to the United States District Court for the District of Nebraska.

IT IS SO ORDERED this 30th day of October 2006.

_____
Joe Heaton
United States District Judge

ATTEST: A true copy of the original
Robert D. Dennis, Clerk

By_____
Deputy

RECEIVED

NOV 1 2006

CLERK
U.S. DISTRICT COURT
NE