IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN HUCK, TOM JONES, RAYMOND REISIG, REUBEN REISIG, LESTER OLSON, FORREST HICKMAN, JOHN WATSON, THOMAS SLUSHER, EUGENE GALLEGOS and JOHN MORRIS, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV464 |
| v. | ) ) | |
| UNION PACIFIC CORPORATION and UNION PACIFIC RAILROAD COMPANY, | ) ) ) ) | |
| Defendants. | ) ) | |
| DAVID BLACKMOORE, JERRY EUBANK, JEFFREY KLAPPRODT, JACOB MOORE, CHRIS NELSON, GEORGE OWEN, WILLIAM J. PLATT, WILLIAM PRICE and CHRIS TUCKER, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV548 |
| v. | ) ) | |
| UNION PACIFIC RAILROAD, a corporation, | ) ) ) | |
| Defendant. | ) ) | |

```
DAVID BOILES, RONALD HART,    )
J.T. CULWELL, JR., JAMES BOSE,)
DON BRENT JOHNSON, TYLER GENE )
JONES, JACK D. LUGE and       )
WILLIAM BOSLEY, individually  )
and on behalf of all similarly)
situated Union Pacific        )
employees, former employees   )
and contractors,              )
                              )
              Plaintiffs,     )         8:06CV689
                              )
      v.                      )
                              )
UNION PACIFIC RAILROAD,       )         ORDER
a corporation,                )
                              )
              Defendant.      )
_____)
```

This matter is before the Court on the motion for planning conference (Filing No. 19 filed in 8:06CV548). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) Said motion is granted; a planning conference is scheduled for:

**Thursday, December 7, 2006, at 10 a.m.**

in Suite 3190, Roman L. Hruska United States Courthouse 111 South 18th Plaza, Omaha, Nebraska, to establish a final progression order for these cases. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

2) These actions are stayed pending further order of the Court.

DATED this 20th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
       LYLE E. STROM, Senior Judge
       United States District Court