IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DAVID BOILES, RONALD HART,      )
J.T. CULWELL, JR., JAMES BOSE,  )
DON BRENT JOHNSON, TYLER GENE   )
JONES, JACK D. LUGE and         )
WILLIAM BOSLEY, individually    )
and on behalf of all similarly  )
situated Union Pacific          )
employees, former employees     )
and contractors,                )
                                )
              Plaintiffs,       )        8:06CV689
                                )
       v.                       )
                                )
UNION PACIFIC RAILROAD,         )        ORDER
a corporation,                  )
                                )
              Defendant.        )
_____)
```

　　　　　This matter is before the Court on the motion to withdraw as counsel for defendant filed by Robert D. Hart of the law firm Gibbs Armstrong Borochoff Mullican & Hart (Filing No. 40). The Court finds said motion should be granted. Accordingly,

　　　　　IT IS ORDERED that said motion is granted; Robert D. Hart of the law firm Gibbs Armstrong Borochoff Mullican & Hart is deemed withdrawn as counsel for defendant.

　　　　　DATED this 21st day of November, 2006.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　　　　　　　　United States District Court