IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID BOILES, RONALD HART, J.T. CULWELL, JR., JAMES BOSE, DON BRENT JOHNSON, TYLER GENE JONES, JACK D. LUGE and WILLIAM BOSLEY, individually and on behalf of all similarly situated Union Pacific employees, former employees and contractors,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNION PACIFIC RAILROAD, a corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:06CV689<br><br><br><br>ORDER |

       This matter is before the Court on the motion to withdraw as counsel for defendant filed by Robert D. Hart of the law firm Gibbs Armstrong Borochoff Mullican & Hart (Filing No. 40). The Court finds said motion should be granted. Accordingly,

       IT IS ORDERED that said motion is granted; Robert D. Hart of the law firm Gibbs Armstrong Borochoff Mullican & Hart is deemed withdrawn as counsel for defendant.

       DATED this 21st day of November, 2006.

                                BY THE COURT:

                                /s/ Lyle E. Strom
                                _____
                                LYLE E. STROM, Senior Judge
                                United States District Court