IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN HUCK, TOM JONES, RAYMOND<br>REISIG, REUBEN REISIG, LESTER<br>OLSON, FORREST HICKMAN, JOHN<br>WATSON, THOMAS SLUSHER,<br>EUGENE GALLEGOS and JOHN<br>MORRIS, individually and on<br>behalf of all others similarly<br>situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNION PACIFIC CORPORATION<br>and UNION PACIFIC RAILROAD<br>COMPANY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:06CV464 |
| DAVID BLACKMOORE, JERRY<br>EUBANK, JEFFREY KLAPPRODT,<br>JACOB MOORE, CHRIS NELSON,<br>GEORGE OWEN, WILLIAM J. PLATT,<br>WILLIAM PRICE and CHRIS<br>TUCKER,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNION PACIFIC RAILROAD,<br>a corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:06CV548 |

```
DAVID BOILES, RONALD HART,      )
J.T. CULWELL, JR., JAMES BOSE,  )
DON BRENT JOHNSON, TYLER GENE   )
JONES, JACK D. LUGE and         )
WILLIAM BOSLEY, individually    )
and on behalf of all similarly  )
situated Union Pacific          )
employees, former employees     )
and contractors,                )
                                )
             Plaintiffs,        )         8:06CV689
                                )
        v.                      )
                                )
UNION PACIFIC RAILROAD,         )         ORDER
a corporation,                  )
                                )
             Defendant.         )
_____)
```

This matter is before the Court on the motion to continue progression order (Filing No. 30 in 8:06CV548). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion to continue progression order is granted; these actions are stayed pending mediation.

2) The parties shall have until March 12, 2007, to file their amended consolidated complaint.

DATED this 3rd day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court