IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN HUCK, TOM JONES, RAYMOND REISIG, REUBEN REISIG, LESTER OLSON, FORREST HICKMAN, JOHN WATSON, THOMAS SLUSHER, EUGENE GALLEGOS and JOHN MORRIS, individually and on behalf of all others similarly situated, ) ) ) ) ) ) ) ) ) | | |
| Plaintiffs, ) | | 8:06CV464 |
| ) | | |
| v. ) | | |
| ) | | |
| UNION PACIFIC CORPORATION and UNION PACIFIC RAILROAD COMPANY, ) ) ) ) | | |
| Defendants. ) | | |
| _____) | | |
| DAVID BLACKMOORE, JERRY EUBANK, JEFFREY KLAPPRODT, JACOB MOORE, CHRIS NELSON, GEORGE OWEN, WILLIAM J. PLATT, WILLIAM PRICE and CHRIS TUCKER, ) ) ) ) ) ) | | |
| Plaintiffs, ) | | 8:06CV548 |
| ) | | |
| v. ) | | |
| ) | | |
| UNION PACIFIC RAILROAD, a corporation, ) ) ) | | |
| Defendant. ) | | |
| _____) | | |

```
DAVID BOILES, RONALD HART,      )
J.T. CULWELL, JR., JAMES BOSE,  )
DON BRENT JOHNSON, TYLER GENE   )
JONES, JACK D. LUGE and         )
WILLIAM BOSLEY, individually    )
and on behalf of all similarly  )
situated Union Pacific          )
employees, former employees     )
and contractors,                )
                                )
               Plaintiffs,      )       8:06CV689
                                )
         v.                     )
                                )
UNION PACIFIC RAILROAD,         )       ORDER
a corporation,                  )
                                )
               Defendant.       )
_____)
```

IT IS ORDERED that the status conference in these matters is rescheduled in chambers before the undersigned on:

**Wednesday, March 28, 2007, at 11 a.m.**

to report on the progress of the settlement of these cases.

DATED this 21st day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court